# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SANDRA CRANLEY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:14-0847 |
| v. | ) | Judge Campbell/Brown |
| | ) | **Jury Demand** |
| NASHVILLE RESTAURANT GROUP, | ) | |
| INC. and GEP NELSON, | ) | |
| | ) | |
| Defendants | ) | |

## AMENDED PROCEDURE FOR CONFERENCE CALLS

The following amended procedure concerns your telephone conference set for **September 15, 2014**, at **1:00 p.m.**, and any future telephone conference calls calendared with Magistrate Judge Brown.

Due to changes instituted by the Administrative Office of the United States Courts, the Magistrate Judge's previous conference call number 615-695-2851 in Docket Entry 14 is no longer useable.

**The parties will call 1-877-873-8017 at the appointed time, and when prompted for the access code, enter 1958322# to join the conference call.**

In the event of difficulty in connecting with the call, the parties should call the undersigned's main office number, **615-736-2119**, for assistance.

It is so **ORDERED**.

    /s/    Joe B. Brown
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE